UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK FRY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 06-13867

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [16]**

This matter comes before the Court on the Magistrate Judge's June 20, 2007 Report and Recommendation [16]. Being fully advised in the premises and having reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion for summary judgment is GRANTED, Plaintiff's motion for summary judgment is DENIED and this case is DISMISSED.

    SO ORDERED.

                                                 s/NANCY G. EDMUNDS
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: August 15, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 15, 2007, by electronic and/or ordinary mail.

                                           s/Carol A. Hemeyer
                                           Case Manager